AO 91 (Rev. 11/11)  Criminal Complaint

## UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED

JUN - 6 2026

CLERK U.S. DISTRICT COURT
NEWPORT NEWS, VA

| | |
|---|---|
| United States of America<br>v.<br><br>Diego Alejandro Adame Perez<br><br><br><br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)<br>)       4:26-mj- 41<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 6, 2026 _____ in the county of _____ Langley AFB _____ in the
_____ Eastern _____ District of _____ Virginia _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 922(g)(5), 924(a)(8) | possession of a firearm by a prohibited person |
| 18 U.S.C. § 930(b) | possession of a firearm in a federal facility with intent to use in a crime |

This criminal complaint is based on these facts:

See enclosed affidavit.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Daniel Woloszynowski, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 06/06/2026 _____

_____
*Judge's signature*

City and state: _____ Newport News, Virginia _____       Douglas E. Miller, U.S. Magistrate Judge
*Printed name and title*